# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:16-CR-00013-KDB-DCK-4

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| ALEXIS NOE BAUTISTA, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant Alexis Noe Bautista's *pro se* motion for compassionate release and reduction in sentence under 18 U.S.C. § 3582(c)(1) and the First Step Act of 2018. (Doc. No. 187). Having carefully reviewed the Defendant's motion and all other relevant portions of the record, the Court will deny his motion without prejudice to a renewed motion properly supported by medical evidence.

Defendant is a 42-year-old male serving his prison sentence at FCI Forrest City - Low in Arizona. He is serving a sentence of 121 months of imprisonment followed by 5 years of supervised release. (Doc. No. 145). According to the Bureau of Prisons website, his scheduled release date is December 23, 2024. Defendant bases his motion on a list of ailments including Type 2 diabetes, gastroesophageal reflux disease, esophagitis, hypertension, hyperlipidemia, gastric ulcers, and an abnormal heart rhythm. (Doc. No. 187 at 2). According to his Presentence Investigation Report that was filed on November 23, 2016, Defendant self-reported that he takes medication for acid reflux as needed and that prior to his arrest, he was taking Metformin for diabetes. (Doc. No. 124, ¶ 57). While housed at the Alexander County Jail following his arrest in 2016, he was given medication for diabetes, high blood pressure and for an issue with his kidneys.

*Id.* Defendant fails to provide adequate BOP medical records to substantiate his medical claims and therefore, there is no extraordinary and compelling reason for a sentence reduction.

For these reasons, Defendant's *pro se* motion for compassionate release and reduction in sentence under 18 U.S.C. § 3582(c)(1) and the First Step Act of 2018, (Doc. No. 187), is **DENIED** without prejudice to a renewed motion properly supported by medical evidence.

**SO ORDERED.**

Signed: November 21, 2022

Kenneth D. Bell
United States District Judge